UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER WOODS, | 1:05-CV-1587 OWW LJO |
| Plaintiff, | NEW CASE NUMBER: |
| v. | 1:05-CV-1587 LJO |
| KRAFT FOODS, INC., | |
| Defendant. | **ORDER REASSIGNING CASE** |

All parties having executed consent forms, it is ordered that this matter be reassigned from the docket of United States District Judge Oliver W. Wanger, to the docket of United States Magistrate Judge Lawrence J. O'Neill, for all purposes including and trial and entry of Judgment.

IT IS SO ORDERED.

Dated:   April 6, 2006                    /s/ Oliver W. Wanger
emm0d6                                    UNITED STATES DISTRICT JUDGE