Shelline K. Bennett, Bar No. 164759
sbennett@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
575 East Locust Avenue, Suite 302
Fresno, CA  93720

Telephone:      (559) 256-7800
Facsimile:       (559) 449-4535
E-mail:           sbennett@lcwlegal.com

Attorneys for Defendant
KRAFT FOODS GLOBAL, INC.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER WOODS, | Case No.  1:05-cv-01587 SMS |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** |
| v. | |
| KRAFT FOODS, INC., and DOES 1 to 20, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1).

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

STIPULATION AND ORDER OF
DISMISSAL 1:05-CV-01587 LJO

PDF created with pdfFactory trial version www.pdffactory.com

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
575 East Locust Avenue, Suite 302
Fresno, CA  93720

Dated: November 30, 2006                LIEBERT CASSIDY WHITMORE


                                        By:    /s/    Shelline K. Bennett
                                            Shelline K. Bennett
                                            Attorneys for Defendant
                                            KRAFT FOODS GLOBAL, INC.


Dated: November 21, 2006                LAW OFFICES OF EDWARD B.
                                        CHATOIAN


                                        By:    /s/    Edward B. Chatoian
                                            Edward B. Chatoian
                                            Attorney for Plaintiff
                                            ALEXANDER WOODS


     The parties to this action having STIPULATED through their designated counsel that the

above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of

Civil Procedure 41(a)(1).

     IT IS SO ORDERED:


Dated:  12/11/2006                       /s/ Sandra M. Snyder
                                        United States Magistrate Judge,
                                        Sandra M. Snyder

395.1 KR020-003                        - 2 -         STIPULATION AND ORDER OF
                                                     DISMISSAL 1:05-CV-01587 LJO