Shelline K. Bennett, Bar No. 164759
sbennett@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
575 East Locust Avenue, Suite 302
Fresno, CA  93720

Telephone:      (559) 256-7800
Facsimile:      (559) 449-4535
E-mail:          sbennett@lcwlegal.com

Attorneys for Defendant
KRAFT FOODS GLOBAL, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER WOODS,<br><br>                    Plaintiff,<br><br>        v.<br><br>KRAFT FOODS, INC., and DOES 1 to 20,<br><br>                    Defendant. | Case No.  1:05-cv-01587 SMS<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1).

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
575 East Locust Avenue, Suite 302
Fresno, CA  93720

395.1 KR020-003

STIPULATION AND ORDER OF
DISMISSAL 1:05-CV-01587 LJO

PDF created with pdfFactory trial version www.pdffactory.com

Dated: November 30, 2006

LIEBERT CASSIDY WHITMORE

By:     /s/     Shelline K. Bennett
      Shelline K. Bennett
      Attorneys for Defendant
      KRAFT FOODS GLOBAL, INC.

Dated: November 21, 2006

LAW OFFICES OF EDWARD B.
CHATOIAN

By:     /s/     Edward B. Chatoian
      Edward B. Chatoian
      Attorney for Plaintiff
      ALEXANDER WOODS

     The parties to this action having STIPULATED through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1).

     IT IS SO ORDERED:

Dated:  12/11/2006

     /s/ Sandra M. Snyder
     United States Magistrate Judge,
     Sandra M. Snyder

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
575 East Locust Avenue, Suite 302
Fresno, CA 93720

STIPULATION AND ORDER OF
DISMISSAL 1:05-CV-01587 LJO

PDF created with pdfFactory trial version www.pdffactory.com